# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ISIDRO VASQUEZ-ALMONTE ) | Case No: 1:00CR05178-001 |
| ) | USM No: 59514-097 |
| Date of Previous Judgment: March 19, 2001 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  200  months **is reduced to**  170 MONTHS  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  34            Amended Offense Level:  31
Criminal History Category:  6          Criminal History Category:  6
Previous Guideline Range:  262  to  327  months    Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  3/19/2001  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  10/8/2009                    /S/ ANTHONY W. ISHII
                                          Judge's signature

Effective Date:                           ANTHONY W. ISHII, US District Judge
(if different from order date)            Printed name and title