DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ISIDRO VAZQUEZ-ALMONTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 00-5178 AWI |
| Plaintiff, | **STIPULATION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ISIDRO VAZQUEZ-ALMONTE, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |

Defendant, ISIDRO VAZQUEZ-ALMONTE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kevin P. Rooney, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Vazquez-Almonte was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

1    3.   Accordingly, Mr. Vazquez-Almonte's adjusted offense level has
2 been reduced from 33 to 31, and an appropriate sentence taking into
3 consideration all the factors in 18 U.S.C. § 3553(a) would be 170
4 months;

5    4.   After consultation with counsel, Mr. Vazquez-Almonte
6 irrevocably stipulates and agrees he will not seek any further
7 reduction of his sentence in the event that the sentencing guidelines
8 for cocaine base are subsequently lowered; this stipulation is based in
9 part on the fact that his relevant conduct for sentencing calculations
10 included the possession, with the intent to distribute, of
11 methamphetamine as well as, crack cocaine;

12   5.   Accordingly, the parties request the court enter the order
13 lodged herewith reducing Mr. Vazquez-Almonte's term of imprisonment to
14 a term of 170 months.

15 Dated: October 6, 2009

16 Respectfully submitted,

17 LAWRENCE G. BROWN                    DANIEL J. BRODERICK
   United States Attorney               Federal Defender
18

19
    /s/ Kevin P. Rooney                  /s/ David M. Porter
20 KEVIN P. ROONEY                      DAVID M. PORTER
   Assistant U.S. Attorney              Assistant Federal Defender
21
   Attorney for Plaintiff               Attorney for Movant
22 UNITED STATES OF AMERICA             ISIDRO VAZQUEZ-ALMONTE

23                              **ORDER**

24   This matter came before the Court on the stipulated motion of the
25 defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).
26   On March 19, 2001, this Court sentenced Mr. Vazquez-Almonte to a
27 term of imprisonment of 200 months.  The parties agree, and the Court
28 finds, that Mr. Vazquez-Almonte is entitled to the benefit of the

STIPULATION and ORDER TO REDUCE SENTENCE
-2-

retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 33 to 31.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to a term of 170 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Vazquez-Almonte shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

**Dated:  October 7, 2009**            /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO REDUCE SENTENCE
-3-