# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
OCT 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:00CR05178-001 |
| ISIDRO VASQUEZ-ALMONTE ) | USM No: 59514-097 |
| Date of Previous Judgment: March 19, 2001 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**AMENDED Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __200__ months **is reduced to** __170 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 31 |
| Criminal History Category: | 6 | Criminal History Category: | 6 |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
  ☐ The reduced sentence is within the amended guideline range.
  ☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
  ☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Amended as to Section II.

Except as provided above, all provisions of the judgment dated __3/19/2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/9/2009

_____
Judge's signature

Effective Date: _____
(if different from order date)

ANTHONY W. ISHII, US District Judge
Printed name and title